1
2
3
4
5
6       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8   ALONTAE GREEN,

9                  Plaintiff,           Case No. C16-1635-TSZ

10       v.
                                        ORDER DISMISSING CIVIL RIGHTS
    REED BURKLIN, *et al*.,             COMPLAINT
11
                   Defendants.
12

13
        The Court, having reviewed the Report and Recommendation of the Honorable James P.
14
    Donohue, United States Magistrate Judge, docket no. 9, to which no objection was timely filed[1],
15
    hereby ORDERS:
16
        (1)    The Report and Recommendation is ADOPTED and APPROVED.
17
        (2)    Plaintiff's complaint and this action are DISMISSED with prejudice for failure to
18
    state a cognizable ground for relief.  This matter shall constitute a "strike" under 28 U.S.C.
19
    § 1915(e)(2)(B)(ii) & (g).
20

---

[1] The service copy of the Report and Recommendation was sent to plaintiff at the King County Jail and returned to the Court as undeliverable. *See* docket no. 11. Another copy of the Report and Recommendation was sent to plaintiff at the Washington Corrections Center in Shelton and the deadline for filing any objection was extended to February 10, 2017. The Court is satisfied that plaintiff received a copy of the Report and Recommendation and had ample time to prepare and submit any objection.

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

1   (3) The Clerk is directed to send copies of this Order to plaintiff pro se and to the
2 Honorable James P. Donohue.
3   DATED this 14th day of February, 2017.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2